IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT COX,
ADC #90739                                                                                           PLAINTIFF

v.                                         No. 2:12CV61 KGB/JTR

RAY HOBBS, Director,
Arkansas Department of Correction;
and DR. YEE YANG                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice and judgment is entered in favor of defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ORDERED this 4th day of April, 2013.

_____
Kristine G. Baker
United States District Judge