**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBERT COX,** ADC #90739 | **PLAINTIFF** |
| v. No. 2:12CV61 KGB/JTR | |
| **RAY HOBBS, Director,** Arkansas Department of Correction; and **DR. YEE YANG** | **DEFENDANTS** |

**JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed without prejudice and judgment is entered in favor of defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ORDERED this 4th day of April, 2013.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge